Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON E. GALLERY, <br><br> Defendant. | No. CR22-157-RAJ <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION |

This matter having come before the Court on the Defendant's Motion for Early Termination of Probation and the Court having reviewed the motion and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3564(c), that early termination of Mr. Gallery's probation is warranted by the conduct of Mr. Gallery and in the interests of justice;

IT IS FURTHER ORDERED that the term of probation for Mr. Gallery shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DATED THIS 20th day of April, 2023.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF PROBATION
(*U.S. v. Gallery,* CR22-157-RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100